

NUMBERS 13-09-00412-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**UVALDO CANTU, JR. AND RUBEN M. TORRES, JR.,**　　　　**Appellants,**

**v.**

**FROST NATIONAL BANK,**　　　　　　　　　　**Appellee.**

---

### On appeal from the 404th District Court
### of Cameron County, Texas.

---

## MEMORANDUM OPINION

**Before Justices Rodriguez, Garza, and Vela**
**Memorandum Opinion Per Curiam**

Appellants, Uvaldo Cantu, Jr. and Ruben Torres, Jr., perfected an appeal from a judgment entered by the 404th District Court of Cameron County, Texas, in cause number 2007-07-3680-G (Ed Carey Development, L.P., et. al. v. Frost National Bank appellate cause number 13-09-00081-CV). This cause is presently before the Court on an

unopposed motion to partially dismiss the appeal filed by appellants, Uvaldo Cantu, Jr. and Ruben M. Torres, Jr. Appellants, Uvaldo Cantu, Jr. and Ruben M. Torres, Jr., request that this Court dismiss their appeal because they have settled their portion of the case and no longer wish to pursue the appeal.

The Court, having considered the documents on file and appellants' motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellants' motion to dismiss is granted, and the appeal is hereby DISMISSED. In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d). Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Memorandum Opinion delivered and
filed this 6th day of August, 2009.